BENJAMIN F. HAZELTON, Appellant, *v.* ELLIS WEBSTER et al. Respondents.

*Hazleton* v. *Webster*, 20 App. Div. 177, affirmed.
(Argued November 27, 1899; decided December 15, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 9, 1897, upon an order affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*C. Walter Artz* and *Frank Sullivan Smith* for appellant.

*August Becker* for respondents.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

WILLIAM C. LESSTER, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

*Lesster* v. *The Mayor*, 33 App. Div. 350, affirmed.
(Argued November 27, 1899; decided December 15, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 22, 1898, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John Whalen, Corporation Counsel* (*James M. Ward*, of counsel), for appellant.

*John M. Bowers* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.